UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20898-CIV-HIGHSMITH/DUBE

JOSEPHINE POWELL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social
Security,

    Defendant.
_____/

## ORDER DISMISSING CASE

This cause is before this Court upon United States Magistrate Judge Robert L. Dube's Report and Recommendation. This Court has reviewed Judge Dube's Report and the case file.

This Court hereby ADOPTS the Report of Judge Dube. Accordingly, Defendant's Motion to Remand (DE #23) is GRANTED. Additionally, the September 12, 2005 decision by the Administrative Law Judge denying Ms. Powell benefits under the Social Security Act is hereby REVERSED.

Pursuant to 42 U.S.C. §405(g), this cause is REMANDED to the Commissioner of Social Security for the following proceedings:

    1.    For the Administrative Law Judge to fully consider the medical evidence including the records submitted by the Plaintiff to the Appeals Council showing treatment and hospitalization for asthma; and

    2.    For the Administrative Law Judge, if necessary, to obtain the testimony of a vocational expert consistent with the reconsidered residual functional capacity.

All other pending motions are DENIED AS MOOT and this case is CLOSED.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 9th day of September, 2008.

*Shelby Highsmith*

SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record